# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:11MJ3030-3 |
| vs. | ) ) ) | DETENTION ORDER |
| OLGA REYES, | ) ) | COMPLAINT |
| Defendant. | ) ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending further proceedings in this case.

2) A preliminary hearing will be held on June 27, 2011 at 12:00 p.m. (noon) before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

June 9, 2011

BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge